IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

RECEIVED IN CLERK'S OFFICE
MAR 26 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

**CHRISTOPHER D. CALVERT** )
T.D.O.C. #00431053 )
PLAINTIFF, )
)
VS. )
)
**SONNY WEATHERFORD, SHERIFF,** )
    SUMNER COUNTY, TN ) CIVIL ACTION NO. _____
**KEITH BEAN, INTERNAL AFFAIRS,** )
    SUMNER COUNTY JAIL, TN ) Motion DENIED as MOOT.
**SONYA TROUTT, JAIL ADMINISTRATOR,** )
    SUMNER COUNTY, TN )
And )
**TRENT CAULDWELL, CORRECTIONAL OFFICER** )
    SUMNER COUNTY, TN )
**DEFENDANTS.** )

## MOTION IN SUPPORT OF COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983

On December 18th, 2012, at Sumner County Jail, defendants Sonya Troutt, Sheriff Sonny Weatherford, Keith Bean of Internal Affairs, and Correctional Officer Trent Cauldwell willfully, recklessly, and/or negligently acted, or failed to act, against Plaintiff Mr. Christopher Daniel Calvert.

As a result, the Plaintiff was physically endangered and suffered mental and emotional pain.

Therefore, the Plaintiff demands judgment against all defendants in the amount of five thousand dollars ($5,000.00) **each** plus court costs, for a total of twenty thousand dollars ($20,000.00) plus court costs.

Respectfully submitted,
This, the 12th, day of March, 2013,

*Christopher D. Calvert*
Christopher D. Calvert #431053
W.T.S.P. Site 1
P.O. Box 1150
Henning, TN 38041-1150